UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:  Case No. 3:01-bk-11093-GLP
Chapter 7

Irish L. Woodberry
aka Irish Lorraine Woodberry

Theodore Woodberry

_____Debtor(s)_____/

## ORDER DIRECTING RELEASE OF MONIES DEPOSITED TO THE UNITED STATES TREASURY

This case came on for consideration upon the Motion filed by Household Finance Corporation, a creditor in the above captioned case, for release of funds deposited with the United States Treasury as unclaimed dividends. Upon consideration the Court finds that the sum of $ 309.50 was deposited to the United States Treasury on or about December 23, 2003 and that the creditor is now entitled to receipt of said funds. It is

ORDERED:

The Financial Deputy of this Court shall prepare a voucher to be sent to the United States District Court in Jacksonville, Florida for release of the sum of $ 309.50, payable to Household Finance Corporation, a creditor in the above captioned case in care of Brian J. Dilks, Dilks & Knopik, LLC.

Dated April 26, 2005.

_____
George L. Proctor
United States Bankruptcy Judge

Copies furnished to:
U.S. Attorney, Att: Civil Procedures Clerk, 400 N. Tampa St. Suite 3200, Tampa, FL 33602
Clerk US Bankruptcy Court, Attn: Financial Administrator, 801 N. Florida Avenue, Suite 727, Tampa, FL 33602
Household Finance Corporation, PO Box 98724, Las Vegas, NV 89193
Brian J. Dilks, Dilks & Knopik, LLC, PO Box 502, Redmond, WA 98073-0502